| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES A. MCNEELY, §
§
    Plaintiff, §
§
*versus* §    CIVIL ACTION NO. 1:19-CV-43
§
MITCH WOODS, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, James A. McNeely, a former pre-trial detainee confined at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § against the defendants Jefferson County, Rod Carroll, and former Sheriff Mitch Woods.[1]

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting the defendants' motion for summary judgment for failure to exhaust administrative remedies (docket entry no. 75).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

---

[1] Plaintiff's claims against defendants CCS/Conmed Health Care Management were dismissed on June 3, 2019 (docket entry no. 51). Plaintiff's claims against defendants Moss and Reagan were dismissed on March 16, 2020 pursuant to Federal Rule of Civil Procedure 41(a) (docket entry no. 59). Plaintiff's claims against defendant John Doe #1 were dismissed on May 12, 2020 pursuant to Federal Rule of Civil Procedure 41(a) (docket entry no. 67).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 19th day of March, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE